IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JIMMY D. BRIDGES,

                                                 ORDER

            Plaintiff,

                                                 06-cv-544-bbc

    v.

J. HUIBREGTSE, TIM GILBERG,
LINDA HODDY, MONICA HORNER,
SGT. COOK, GARY BOUGHTON,
ELLEN K. RAY, KELLY TRUMM,
CHRISTINE BEERKIRCHER,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered in this case on April 23, 2009, I found plaintiff ineligible to proceed in forma pauperis because he has struck out under 28 U.S.C. § 1915(g) and the allegations in his complaint do not suggest he is in imminent danger of serious physical harm. I told plaintiff that because he is disqualified from proceeding in forma pauperis under § 1915(g), he would have to pay the remainder of the $350 filing fee or he could refile the lawsuit without being subject to § 1915(g) as he is no longer incarcerated or in a halfway house. In response to the April 23 order, plaintiff has submitted a motion to dismiss this case. I will grant plaintiff's motion and this case will be closed. Plaintiff is reminded of his obligation to pay the entire fee for filing this case.

ORDER

IT IS ORDERED that plaintiff's motion to dismiss this case, dkt. #44, is GRANTED. The clerk of court is directed to close the case without prejudice to plaintiff's refiling his complaint at a later date.

Further, IT IS ORDERED that the clerk of court insure that plaintiff's obligation to pay the remainder of the filing fee is reflected in this court's financial records.

Entered this 20th day of May, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2